FELICE JOHN VITI, Acting United States Attorney (#7007)
LUISA GOUGH, Assistant United States Attorney (#17221)
TANNER ZUMWALT, Assistant United States Attorney (#18256)
Attorneys for the United States of America
111 S Main St. Ste 1800
Salt Lake City, UT 84111-2176
Telephone: (801) 325-3284
Tanner.Zumwalt@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEVIN FINUCANE, <br><br> Defendant. | ENTRY OF PLEA AND STIPULATED DISPOSITION <br><br> **Case No. 2:25-po-00539-DBP** <br><br> 09861188/U48C – Camping Overstay <br><br> Chief Magistrate Judge Dustin B. Pead |

Comes now, the parties in this cause of action and respectfully submit this Entry of Plea and Stipulated Disposition.

The parties hereby stipulate and agree as follows:

1. The Defendant waives his rights as set forth in Federal Rule of Criminal Procedure 58(b), including his right to trial, judgment, and sentencing before a district judge and his right to appear before the Court in person.

2. The Defendant hereby enters a plea of guilty to Camping Longer Than 14 Days within a 30-Mile Radius, a violation of 43 C.F.R. § 8365.1-6, under citation number 09861188/U48C.

3. The Defendant's plea of guilty shall be held in abeyance for a period of twelve (12) months, during which time the Defendant shall not violate any Federal, State, Local, or Tribal law or regulation, minor traffic violations excepted. At the conclusion of the period of abeyance, and if the Defendant has fully complied with the terms set forth in this agreement, the Defendant may move for the dismissal of his plea of guilty.

4. During the 12-month period in which the Defendant's guilty plea is held in abeyance, Defendant shall not enter on to, or use, any land within Bears Ears National Monument or Federal Public Land managed by the Canyon Country District of the Bureau of Land Management. The Defendant shall be permitted to use public roads traversing the aforesaid Public Lands only for necessary travel.

5. If the Defendant violates the terms of this Stipulated Disposition, he will be subject to a five-year ban from all federal public lands in the District of Utah, a fine, and potential criminal charges, as well as additional penalties for his violation.

6. At the conclusion of the period of abeyance (12 months from the entry of this agreement), and if the Defendant has fully complied with the terms set forth in this agreement, the parties stipulate and agree that the Defendant must request a hearing and move for the dismissal of his plea of guilty as to all the above-named citation and that this hearing must occur within 90 days of the compliance date (12 months from the entry of this agreement).

//

U.S. v. DEVIN FINUCANE STIPULATED DISPOSITION

SUBMITTED BY:

FELICE JOHN VITI
Acting United States Attorney


/s/ *Tanner Zumwalt*
_____
TANNER ZUMWALT
Assistant United States Attorney


APPROVED AS TO FORM AND CONTENT:

_____
DEVIN FINUCANE
Pro Se Defendant


DATED this 11th day of July, 2025.